## 27689. SCHUITEN v. AULT.

Harry E. Schuiten, *pro se.*
*Arthur K. Bolton, Attorney General, Larry Evans, Harold N. Hill, Jr., Executive Assistant Attorney General, Courtney Wilder Stanton, William F. Bartee, Jr., Assistant Attorneys General,* for appellee.

## 27705. McCLURE v. LUZIER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*
DECIDED MARCH 8, 1973.

Jack Wayne McClure, *pro se.*
*Arthur K. Bolton, Attorney General, Harold N. Hill, Jr., Executive Assistant Attorney General, Courtney Wilder Stanton, David L. G. King, Jr., Daniel I. MacIntyre, Assistant Attorneys General,* for appellee.